RECEIVED
SEP 1 0 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:24-cr-051 |
| v. | INDICTMENT |
| ERIC GENE RUNDLE, | T. 18 U.S.C. § 2252A(a)(2) |
| | T. 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | T. 18 U.S.C. § 2252A(b)(1) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |
| | T. 18 U.S.C. § 2422(b) |
| | T. 18 U.S.C. § 2428(a)(1) |
| | T. 18 U.S.C. § 2428(b)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

During the period beginning on or about May 19, 2024, and continuing to on or about May 22, 2024, in the Southern District of Iowa, the defendant, ERIC GENE RUNDLE, used any facility or means of interstate or foreign commerce, within the jurisdiction of the United States, to knowingly attempt to persuade, induce, entice, or coerce an individual, who he believed was 15 years old, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: sexual abuse in the third degree, in violation of Iowa Code Section 709.4(1)(b)(2)(d); and lascivious acts with a child, in violation of Iowa Code Section 709.8.

This is a violation of Title 18, United States Code, Sections 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Receipt of Child Pornography)**

On or about February 3, 2023, in the Southern District of Iowa, the defendant, ERIC GENE RUNDLE, knowingly received, and attempted to receive, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession of Child Pornography)**

On or about May 22, 2024, in the Southern District of Iowa, the defendant, ERIC GENE RUNDLE, knowingly possessed material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

The allegation contained in Count 1 this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428(a)(1) and Section 2428(b)(1)(A).

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, ERIC GENE RUNDLE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1) and Section 2428(b)(1)(A), all interest in any property, real or personal, that was used to intended to be used to commit or to facilitate the commission of such violation, including but not limited to, the blue Samsung Galaxy S10E with Mobile Station International Subscriber Directory Number (MSISDN) 3195306426.

This is pursuant to Title 18, United States Code, Section 2428(a)(1) and 2428(b)(1)(A).

## THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

If the defendant, ERIC GENE RUNDLE, is convicted of Counts 2 and 3 of this Indictment, the defendant, ERIC GENE RUNDLE, shall forfeit to the United States his interest in the following property:

A. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

B. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following device: blue Samsung Galaxy S10E with Mobile Station International Subscriber Directory Number (MSISDN) 3195306426.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kaitlyn R. Macaulay
Assistant United States Attorney